# Court of Appeals
# of the State of Georgia

ATLANTA, April 05, 2021

*The Court of Appeals hereby passes the following order*

**A21I0156. ANDER GIBSON v. WAL-MART STORES EAST, L.P. et al.**


    Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

17A67400



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, April 05, 2021.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*